UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x

In re:                                          :

RAYMOND MARENARO                                 :    BK No. 06-11385
         Debtor                                       Chapter 13

- - - - - - - - - - - - - - - - - -x

## ORDER

Heard on the Debtor's Motion to Vacate the dismissal of his case. In accordance with the bench decision entered this day, which is adopted and incorporated herein by reference, the Motion is CONDITIONALLY granted as follows:

The Debtor shall file all missing documents on or before March 2, 2007, at 4:00 p.m., and the Debtor shall pay all delinquent filing fee installments on or before March 2, 2007, at 4:00 p.m. If either of these conditions are not satisfied, the Motion to Vacate is DENIED with prejudice.

Entered as an Order of this Court, this    1st      day of March, 2007.

                                             _____
                                             Arthur N. Votolato
                                             U.S. Bankruptcy Court

Entered on docket: 3/1/2007